

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00277-CR

**MARK GASS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. 07-149-CR

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a); *Crawford v. State*, 226 S.W.3d 688, 688 (Tex. App.—Waco 2007, no pet.) (per curiam). We have not issued a decision in this appeal. Appellant personally signed the motion. The Clerk of this Court has sent a duplicate copy to the trial court clerk. *Id.* Accordingly, the appeal is dismissed.

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed January 28, 2009
Do not publish
[CR25]